1  RICHARD JOHNSTON  Bar No. 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, CA  95401
   Telephone:     (707) 939-8299
3  Facsimile:     (707) 837-9532

4  Attorney for Plaintiff
   ANN-MARIE HEIDINGSFELDER
5
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART
6  SEAN P. NALTY  Bar No. 121253
   sean.nalty@ogletreedeakins.com
7  Steuart Tower, Suite 1300
   One Market Plaza
8  San Francisco, CA  94105
   Telephone:     (415) 442-4810
9  Facsimile:     (415) 442-4870

10 Attorneys for Defendant
   GE HEALTHCARE FINANCIAL SERVICES
11
   SEDGWICK LLP
12 REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
13 ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
14 333 Bush Street, 30th Floor
   San Francisco, CA  94101-2834
15 Telephone:     415.781.7900
   Facsimile:     415.781.2635
16
   Attorneys for Defendant
17 GE LONG-TERM DISABILITY INCOME PLAN

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

| 22 | ANN-MARIE HEIDINGSFELDER, | **Case No. 4:13-CV-02162 PJH** |
|---|---|---|
| 23 | Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| 24 | v. | |
| 25 | GE HEALTHCARE FINANCIAL SERVICES; GE LONG-TERM DISABILITY INCOME PLAN; AND DOES 1 THROUGH 50 INCLUSIVE, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

SF/3908958v1

-1-

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's order at the Case Management Conference held on August 15, 2013, IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-caption action, case number 4:13-cv-02162 PJH, be and hereby is dismissed with prejudice, on the ground that it is duplicative of case number 4:13-cv-02128 PJH.  Each party shall bear her or their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED:  August 16, 2013

By: /s/ Richard Johnston (as authorized on 8/15/2013)
Richard Johnston
Attorney for Plaintiff
ANN-MARIE HEIDINGSFELDER

DATED:  August 16, 2013            OGLETREE, DEAKINS, NASH, SMOAK & STEWART

By: /s/ Sean P. Nalty (as authorized on 8/15/2013)
Sean P. Nalty
Attorneys for Defendant
GE HEALTHCARE FINANCIAL SERVICES

DATED:  August 16, 2013            SEDGWICK LLP

By: /s/ Erin A. Cornell
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendant
GE LONG-TERM DISABILITY INCOME PLAN

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action, case number 4:13-cv-02162 PJH is dismissed with prejudice.  Each party shall bear her or their own costs and attorneys' fees.

DATED: 8/19/13

Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton